IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Kelly Murton | : | |
| | : | |
| | : | Case No.:  19-10216AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## PRAECIPE  TO WITHDRAW

TO THE COURT:

Please withdraw the *incorrect Notice of Motion* which was filed at Docket No. 44.

Dated:  August 3, 2020                                  */s/ Brad J. Sadek*
                                                                Brad J. Sadek, Esquire
                                                                Counsel for Debtor